1  James A. Murphy - 062223
   Bryan L. Saalfeld - 243331
2  MURPHY, PEARSON, BRADLEY & FEENEY
   88 Kearny Street, 10th Floor
3  San Francisco, CA  94108-5530
   Tel:   (415) 788-1900
4  Fax:   (415) 393-8087

5  Attorneys for Defendants
   JONNA THOMAS and EAST BAY
6  CHILDREN'S LAW OFFICES

7

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

10 BELINDA K., individually and as next friend for          Case No.: C 11-01013 SBA
   J.H. , a minor,
11                                                          **ORDER GRANTING MOTION FOR**
          Plaintiffs,                                       **ADMINISTRATIVE RELIEF TO FILE**
12                                                          **CERTAIN DOCUMENTS UNDER SEAL**
   v.                                                       **CIVIL LOCAL RULE 7-11(a)**
13
   COUNTY OF ALAMEDA, et al.,
14
          Defendants.
15

16

17       For good cause appearing, it is hereby ORDERED that Defendants EAST BAY CHILDREN'S

18 LAW OFFICES and JONNA THOMAS's Motion for Administrative Relief to File Certain Documents

19 Under Seal is hereby GRANTED.

20       The following documents in their unredacted form, previously not filed under seal, shall be

21 sealed and Defendants are ordered to e-file the redacted version of these documents.

22       1.    Defendants EAST BAY CHILDREN'S LAW OFFICES and JONNA THOMAS's

23 Notice of Motion and Motion to Dismiss Plaintiff's Complaint;

24       2.    Defendants EAST BAY CHILDREN'S LAW OFFICES and JONNA THOMAS's

25 Memorandum of Points and Authorities Supporting Motion to Dismiss Plaintiff's Complaint;

26       3.    Declaration of counsel Bryan L. P. Saalfeld in Support of Defendants EAST BAY

27 CHILDREN'S LAW OFFICES and JONNA THOMAS's Motion to Dismiss Plaintiff's Complaint

28       4.    Defendants EAST BAY CHILDREN'S LAW OFFICES and JONNA THOMAS's

- 1 -

1 | Request for Judicial Notice in Support of Motion to Dismiss Plaintiff's Complaint.

2 |     5.    Defendants EAST BAY CHILDREN'S LAW OFFICES and JONNA THOMAS's
3 | Administrative Motion for Relief;

4 |     6.    Declaration of counsel Bryan L. P. Saalfeld in Support of Defendants EAST BAY
5 | CHILDREN'S LAW OFFICES and JONNA THOMAS's Administrative Motion for Relief; and

6 |     7.    Proposed Order Granting Defendants EAST BAY CHILDREN'S LAW OFFICES and
7 | JONNA THOMAS's Motion to Dismiss.

9 |     IT IS SO ORDERED

11 | DATED: __3/29/11

    _____
    Hon. Sandra Brown Armstrong
    United States District Judge

- 2 -

[PROPOSED] ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF TO
FILE CERTAIN DOCUMENTS UNDER SEAL - CIVIL LOCAL RULE 7-11(a) - Case No.: C 11-01013 SBA

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

BELINDA K. et al,

       Plaintiff,

v.

COUNTY OF ALAMEDA et al,

       Defendant.
                                      /

Case Number: CV11-01013 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 30, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Belinda K.
1986 Washington Ave.
#A
San Leandro, CA 94577

Dated: March 30, 2011

                                  Richard W. Wieking, Clerk
                                                                                              By:
                                  LISA R CLARK, Deputy Clerk

[PROPOSED] ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF TO
FILE CERTAIN DOCUMENTS UNDER SEAL - CIVIL LOCAL RULE 7-11(a) - Case No.: C 11-01013 SBA

1
2
3  BLS.20232094.doc
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 4 -

[PROPOSED] ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF TO
FILE CERTAIN DOCUMENTS UNDER SEAL - CIVIL LOCAL RULE 7-11(a) - Case No.: C 11-01013 SBA