UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BELINDA K., | Case No.: 11-CV-01013-LHK |
|            Plaintiff, | Lead Case No.: 10-CV-5797-LHK |
|    v. | |
| COUNTY OF ALAMEDA et al., | ORDER GRANTING MOTION TO WITHDRAW REMOVAL PETITION, MOTIONS TO DISMISS |
|            Defendants. | |

Plaintiff in the above-captioned case filed a complaint in the Superior Court for the County of Alameda. This case was removed to federal court by Defendants and was assigned to District Judge Sandra Armstrong. The case was then related and consolidated with case no. 10-cv-05797-LHK. ECF No. 22. The Court determined that the two cases will proceed as one action in case number 10-cv-05797-LHK. Order, ECF No. 22.

Prior to the Court's order consolidating the two cases, Defendant Alameda County filed a motion to withdraw the removal petition and the pending motions to dismiss in the above captioned case. Defendant filed the motion to withdraw the removal petition because Plaintiff filed a notice of voluntary dismissal in the state court action before the Defendants' notice of removal was filed. Administrative Motion at 2, ECF No. 19. The motion to withdraw the removal petition and pending motions to dismiss is unopposed. Accordingly, Defendants' motion is GRANTED.

Additionally, Alameda County has two pending administrative motions to file the motions to dismiss under seal. *See* ECF Nos. 12, 13. Because Defendant's motion to withdraw the motions to dismiss is granted, the pending administrative motions to file under seal the motions to dismiss are now MOOT. Pursuant to the Court's April 6, 2011 Order all future filings related to this case must be filed in the lead consolidated action 10-cv-5797-LHK. *See* ECF No. 22.

**IT IS SO ORDERED.**

Dated: February 27, 2012

_____
LUCY H. KOH
United States District Judge